Ryan Q. Keech (SBN 280306)
 ryan.keech@klgates.com
Rebecca Makitalo (SBN 330258)
 rebecca.makitalo@klgates.com
Johnathan A. Coleman (SBN 352670)
 chief.coleman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant Robert Halmi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYLAR PICTURES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HALMI, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>[Los Angeles Superior Court Case No. 25STCV01114]<br><br>**DECLARATION OF JOHNATHAN A. COLEMAN IN SUPPORT OF DEFENDANT ROBERT HALMI'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: January 16, 2025 |

322828562.2

1

DECLARATION OF JOHNATHAN COLEMAN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

# DECLARATION OF JOHNATHAN A. COLEMAN

I, Johnathan A. Coleman, hereby declare as follows:

1. I am an associate at the law firm of K&L Gates LLP, counsel for Defendant Robert Halmi ("Defendant") in the above-entitled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Central District of California and am responsible for representing said Defendant in this action. Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Complaint filed on January 16, 2025, in *ZYLAR PICTURES, LLC, Plaintiff, v. ROBERT HALMI, and DOES 1 to 10, inclusive*, Case No. 25STCV01114 (the "State Court Action").

3. Attached hereto as Exhibit "B" is a true and correct conformed copy of the Summons filed in the State Court Action on January 16, 2025.

4. Attached as Exhibit "C" is a true and correct conformed copy of the Civil Case Cover Sheet filed in the State Court Action on January 16, 2025.

5. Attached as Exhibit "D" is a true and correct conformed copy of Notice of the Initial Case Management Conference filed in the State Court Action on January 17, 2025.

6. Attached as Exhibit "E" is a true and correct conformed copy of the Notice of Case Assignment filed in the State Court Action on January 16, 2025.

7. Attached as Exhibit "F" is a true and correct conformed copy of the Alternative Dispute Resolution (ADR) Information Package filed in the State Court Action January 16, 2025.

8. Attached as Exhibit "G" is a true and correct conformed copy of the Proof of Personal Service of Summons and Complaint filed by Plaintiff on February 28, 2025.

9. As of the date of this removal, it is my understanding that no other parties have been named or validly served in this matter. It is also my understanding that, as of the date of this removal, no other pleadings, process, or orders have been served upon Defendant, or filed in the state court action, other than those attached hereto.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on March 18, 2025, at Los Angeles, California.

_____
Johnathan A. Coleman

322828562.2

3

DECLARATION OF JOHNATHAN COLEMAN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL