Ryan Q. Keech (SBN 280306)
 ryan.keech@klgates.com
Rebecca Makitalo (SBN 330258)
 rebecca.makitalo@klgates.com
Chief A. Coleman (SBN 352670)
 chief.coleman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant ROBERT HALMI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYLAR PICTURES, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>ROBERT HALMI, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.<br><br>[Los Angeles Superior Court Case No. 25STCV01114]<br><br>**DECLARATION OF ROBERT HALMI IN SUPPORT OF DEFENDANT ROBERT HALMI'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: January 16, 2025 |

322828563.2

1

DECLARATION OF ROBERT HALMI IN SUPPORT OF NOTICE OF REMOVAL

## DECLARATION OF ROBERT HALMI

I, Robert Halmi, declare as follows:

1. I am the defendant in the pending action in the Superior Court of the State of California, Los Angeles County, *ZYLAR PICTURES, LLC, Plaintiff, v. ROBERT HALMI, and DOES 1 to 10, inclusive*, Case No. 25STCV01114 (the "State Court Action"). I provide this declaration in support of my Notice of Removal in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness in the above-captioned matter, I could and would testify competently thereto.

2. I am a resident and citizen of the State of New York and have been a resident and citizen of the State of New York at all times relevant to the complaint in the State Court Action.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 18th day of March, 2025, in New York, New York.



Robert Halmi

322828563.2

2

DECLARATION OF ROBERT HALMI IN SUPPORT OF NOTICE OF REMOVAL