**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
**Stanley Mosk Courthouse**
**111 North Hill Street, Los Angeles, CA 90012**

PLAINTIFF:
**LLC ZYLAR PICTURES**

DEFENDANT:
**ROBERT HALMI**

**NOTICE OF CASE MANAGEMENT CONFERENCE**

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
01/17/2025
David W. Slayton, Executive Officer / Clerk of Court
By: M. Isunza, Deputy

CASE NUMBER:
25STCV01114

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

Date: 05/20/2025   Time: 8:30 AM   Dept.: 52

NOTICE TO DEFENDANT:   THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.).

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: 01/17/2025

Judicial Officer
Armen Tamzarian / Judge

**CERTIFICATE OF SERVICE**

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑ by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

David B Jonelis
2049 Century Park East, 2400
Los Angeles, CA 90067-2906

David W. Slayton, Executive Officer / Clerk of Court

Dated: 01/17/2025

By M. Isunza
Deputy Clerk

LASC LACIV 132 Rev. 01/23
For Optional Use

**NOTICE OF**
**CASE MANAGEMENT CONFERENCE**

Cal. Rules of Court, rules 3.720-3.730
LASC Local Rules, Chapter 7KUHH

| | | |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES** | | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>**Stanley Mosk Courthouse**<br>111 North Hill Street, Los Angeles, CA 90012 | | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>01/17/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____M. Isunza_____ Deputy |
| PLAINTIFF/PETITIONER:<br>**LLC ZYLAR PICTURES** | | |
| DEFENDANT/RESPONDENT:<br>**ROBERT HALMI** | | |
| **CERTIFICATE OF MAILING** | | CASE NUMBER:<br>25STCV01114 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

David B Jonelis
Lavely & Singer, PC
2049 Century Park East, 2400
Los Angeles, CA 90067-2906

Megan S. Mallonee
Lavely & Singer PC
2049 Century Park East, Suite 2400
Los Angeles, CA 90067

David W. Slayton, Executive Officer / Clerk of Court

Dated: 01/17/2025     By: _____M. Isunza_____
                          Deputy Clerk

**CERTIFICATE OF MAILING**