POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>DAVID B. JONELIS, ESQ. (SBN 265235); MEGAN S. MALLONEE, ESQ. (SBN 340276)<br>LAVELY & SINGER PC<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067<br><br>TELEPHONE NO.: (310) 556-3501          FAX NO. *(Optional):* (310) 556-3615<br>E-MAIL ADDRESS *(Optional):* djonelis@lavelysinger.com; mmallonee@lavelysinger.com<br>ATTORNEY FOR *(Name):* Plaintiff ZYLAR PICTURES | **FOR COURT USE ONLY**<br><br>Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>2/28/2025 2:55 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By M. Saxon, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: CENTRAL - STANLEY MOSK COURTHOUSE

| | |
|---|---|
| PLAINTIFF/PETITIONER: Zylar Pictures<br>DEFENDANT/RESPONDENT: Robert Halmi | CASE NUMBER:<br>25STCV01114 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. [x] summons

   b. [x] complaint

   c. [ ] Alternative Dispute Resolution (ADR) package

   d. [x] Civil Case Cover Sheet *(served in complex cases only)*

   e. [ ] cross-complaint

   f. [x] other *(specify documents):* Notice of Case Assignment; Notice of Case Management Conference

3. a. Party served *(specify name of party as shown on documents served):*
      ROBERT HALMI

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
      under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      KEVIN M. SISSON, ESQ. - Attorney for Defendant Robert Halmi, authorized to accept service

4. Address where the party was served:
   Via email to: Kevin@sissonlawfirm.com (per agreement of counsel).

5. I served the party *(check proper box)*

   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party  (1) on *(date):*                    (2) at *(time):*

   b. [ ] by substituted service. On *(date):*               at *(time):*          I left the documents listed in item 2 with or
      in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
         of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
         place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
         address of the person to be served, other than a United States Postal Service post office box. I informed
         him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
         at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date):*              from *(city):*                    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: Zylar Pictures | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Robert Halmi | 25STCV01114 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*       (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☒ **by other means** *(specify means of service and authorizing code section):*
    Service via email, pursuant to agreement of counsel in accordance with email correspondence attached hereto.

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                      ☐ other:

7. **Person who served papers**

  a. Name: DAVID B. JONELIS, ESQ.

  b. Address: 2049 Century Park East, Suite 2400, Los Angeles, California 90067

  c. Telephone number: (310) 556-3501

  d. **The fee** for service was: $ 0.00

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

      (i) ☐ owner  ☐ employee  ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: February 28, 2025

DAVID B. JONELIS

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

(SIGNATURE)

**David Jonelis**

| | |
|---|---|
| **From:** | David Jonelis |
| **Sent:** | Wednesday, February 26, 2025 8:27 AM |
| **To:** | 'Kevin Sisson' |
| **Cc:** | Heather Hancock; Megan Mallonee |
| **Subject:** | RE: Zylar Pictures v. Robert Halmi / LASC Case No. 25STCV01114 |
| **Attachments:** | 2025-01-16 [C]  SUMMONS.pdf; 2025-01-16 [C] NTC Of Case Assignment.pdf; 2025-01-16  [C] COMPLAINT.pdf; 2025-01-17  [C] NTC Of CMC.pdf; 2025-01-16 [C] CCC Sheet and Addendum.pdf |

Thanks Kevin.

Attached are copies of the following pleadings which have been filed with or issued by the Court thus far:

1. Complaint
2. Civil Case Cover Sheet and Addendum
3. Summons
4. Notice of Case Assignment
5. Notice of CMC

We will calendar Mr. Halmi's response date based on a service date of today, February 26, 2025.

Once you have reviewed the complaint and discussed it with your client, please let me know if you think it makes sense to set a call to discuss this matter further.

Regards,
David

**From:** Kevin Sisson <kevin@sissonlawfirm.com>
**Sent:** Wednesday, February 26, 2025 4:18 AM
**To:** David Jonelis <djonelis@lavelysinger.com>
**Cc:** Heather Hancock <hhancock@lavelysinger.com>
**Subject:** Re: Zylar Pictures v. Robert Halmi / LASC Case No. 25STCV01114

David

Sorry for the delayed response - I was out of office.

Yes, I am authorized and do accept service of the complaint on behalf of Mr. Halmi.

Regards
Kevin


Kevin M. Sisson
Sisson Law Firm PLLC

6512 Six Forks Road
Suite 501A
Raleigh, NC 27615
(919) 758-8204
www.sissonlawfirm.com
Admitted in NY and NC

*********************************************************************************
**CONFIDENTIALITY NOTICE:** This transmission may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify the sender immediately.

On Feb 24, 2025, at 6:21 PM, David Jonelis <djonelis@lavelysinger.com> wrote:

Dear Mr. Sisson:

My firm is litigation counsel for Zylar Pictures, LLC (f/k/a Cartel Pictures, LLC), and I write with respect to the attached complaint that we recently filed against Robert Halmi in Los Angeles Superior Court.

I am reaching out to you because I understand that you previously represented Mr. Halmi, including in connection with the events giving rise to the attached complaint.

Can you please let me know if you still represent Mr. Halmi, and if so, whether you are authorized to accept service of the attached complaint on his behalf?

Thank you.

Regards,
David Jonelis

DAVID B. JONELIS, ESQ.
LAVELY & SINGER PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE: (310) 556-3501
FACSIMILE: (310) 556-3615
www.LavelySinger.com
E-MAIL: djonelis@lavelysinger.com

-----------------------------------------------------------------------------------------------------------

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR

DISSEMINATED IN WHOLE OR IN PART. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES. THANK YOU.

<2025-01-16 [C] COMPLAINT.pdf>