1  Ryan Q. Keech (SBN 280306)
    ryan.keech@klgates.com
2  Rebecca Makitalo (SBN 330258)
    rebecca.makitalo@klgates.com
3  Johnathan A. Coleman (SBN 352670)
4   chief.coleman@klgates.com
5  **K&L GATES LLP**
   10100 Santa Monica Blvd, 8th Floor
6  Los Angeles, CA 90067
7  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
8

9
   Attorneys for Defendant ROBERT HALMI
10
                    UNITED STATES DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

13

| ZYLAR PICTURES, LLC, | Case No. 2:25-cv-02503 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |
| ROBERT HALMI, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendant certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Robert Halmi | Defendant |
| Zylar Pictures, LLC | Plaintiff |
| Eric Woods | Manager of Zylar Pictures, LLC |
| Carla Woods | Manager of Zylar Pictures, LLC |
| Aeth Entertainment, LLC | Sole Member of Zylar Pictures, LLC |
| Cartel Enterprises, LLC | Sole Member of Aeth Entertainment, LLC |
| Eden Vale, Inc. | Sole Member of Cartel Enterprises, LLC |

Pursuant to Local Rule 7.1-1, Defendant Halmi will update this Certification and Notice of Interested Parties should any material change in the status of the interested parties occur.

Respectfully submitted,

Dated: March 21, 2025

**K&L GATES LLP**

By: _____
Ryan Q. Keech (SBN 280306)
Rebecca I. Makitalo (SBN 330258)
Johnathan A. Coleman (SBN 352670)
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facisimile: 310.552.5001