Ryan Q. Keech (SBN 280306)
 ryan.keech@klgates.com
Rebecca I. Makitalo (SBN 330258)
 rebecca.makitalo@klgates.com
Chief A. Coleman (SBN 352670)
 chief.coleman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Defendant Robert Halmi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYLAR PICTURES, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>ROBERT HALMI, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:25-cv-02503-CV-MBK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: January 16, 2025<br>Current Response Date: March 28, 2025<br>New Response Date: April 14, 2025 |

Pursuant to Local Rule 8-3, Plaintiff Zylar Pictures, LLC ("Plaintiff" or "Zylar") and Defendant Robert Halmi ("Defendant" or "Halmi") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS on January 16, 2025, Plaintiff filed the Complaint in the above-captioned action in the Superior Court of California and for the County of Los Angeles;

WHEREAS on February 28, 2025, Defendant was served with the Complaint;

WHEREAS prior to responding to the Complaint, Defendant removed the above-captioned action to this Court on March 21, 2025;

WHEREAS Defendant had not yet responded to the Complaint at the time of removal;

WHEREAS the Parties have agreed that Defendant shall have additional time, not exceeding thirty (30) days, to respond to the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, that Defendant shall respond to the Complaint by April 14, 2025.

Respectfully submitted,

Date: March 24, 2025

K&L GATES LLP

/s/     Ryan Q. Keech

Ryan Q. Keech (SBN 280306)
Rebecca I. Makitalo (SBN 330258)
Chief A. Coleman (SBN 352670)
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

*Attorneys for Defendant Robert Halmi*

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1   Date: March 24, 2025

2

LAVELY & SINGER
PROFESSIONAL CORPORATION

3   /s/      David B. Jonelis

4   David B. Jonelis (SBN 262535)
    Megan S. Mallonee (SBN 340276)

5   LAVELY & SINGER
    PROFESSIONAL CORPORATION

6   2049 Century Park East, Suite 2400

7   Los Angeles, CA 90067-2906
    Telephone: (310)556 3501

8

9   *Attorneys for Plaintiff Zylar Pictures, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1

**CERTIFICATE OF ATTESTATION**

2          Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the above signatories

3   listed herein, concur in this document's content and have authorized the filing.

4

5   Date: March 24, 2025                    K&L GATES LLP

6                                           /s/     Ryan Q. Keech

7                                           Ryan Q. Keech (SBN 280306)
8                                           Rebecca I. Makitalo (SBN 330258)
                                            Chief A. Coleman (SBN 352670)
9                                           10100 Santa Monica Boulevard, 8th Floor
10                                          Los Angeles, California 90067
                                            Telephone: 310.552.5000
11                                          Facsimile: 310.552.5001

12

13                                          *Attorneys for Defendant Robert Halmi*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**PROOF OF SERVICE**

*Zylar Pictures, LLC v. Robert Halmi, et al.*

**USDC, Central District – Case No. 2:25-cv-02503-CV-MBK**

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, California 90067.

On **March 24, 2025**, I served the document(s) described as:

### STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

on the person or person(s) below, as follows:

|  |  |
|---|---|
| David B. Jonelis (SBN 262535) | |
| Megan S. Mallonee (SBN 340276) | |
| **LAVELY & SINGER** | *Attorneys for Plaintiff ZYLAR PICTURES, LLC* |
| **PROFESSIONAL CORPORATION** | |
| 2049 Century Park East, Suite 2400 | |
| Los Angeles, CA 90067-2906 | |
| Telephone: (310)556 3501 | |
| Emails: djonelis@lavelysinger.com | |
| mmallonee@lavelysinger.com | |

The documents were served by the following means:

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 24, 2025**, at Los Angeles, California.

/s/ Nicole Adasha
Nicole Adasha

4

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**